**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **GALLIT FISCHMAN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:26-CV-0770-D** |
| | § | |
| **EPIC SYSTEMS CORPORATION,** | § | |
| | § | |
| **Defendant.** | § | |

---

**DEFENDANT'S RESPONSE TO PLAINTIFF'S
REQUEST FOR CLERK'S ENTRY OF DEFAULT**

---

Defendant Epic Systems Corporation ("Epic") respectfully responds to Plaintiff's Request for Clerk's Entry of Default (ECF No. 11) and states as follows:

1.      Plaintiff's Request is premature and should be rejected. Plaintiff's Request miscalculates the deadline for Defendant's responsive pleading by measuring the fourteen-day period under Federal Rule of Civil Procedure 15(a)(3) from the date the First Amended Complaint was *filed* (March 27, 2026) rather than the date it was *served* on Defendant.

2.      Rule 15(a)(3) provides that a party "must" respond to an amended pleading "within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later." Fed. R. Civ. P. 15(a)(3) (emphasis added). The operative trigger is *service*, not filing.

3.      Plaintiff filed her First Amended Complaint on March 27, 2026, but did not serve it on Defendant until March 31, 2026. Fourteen days from March 31, 2026, is April 14, 2026. Defendant's responsive pleading is therefore not due until April 14, 2026.

---

4.       Plaintiff's Request was filed on April 13, 2026—one day *before* the actual deadline. Because Defendant is not in default, the Clerk should not enter default.

5.       Defendant intends to file its Motion to Dismiss on April 14, 2026, in accordance with the applicable deadline.

6.       For the foregoing reasons, Defendant respectfully requests that the Clerk deny entry of default.

DATE: April 13, 2026               Respectfully submitted,

*/s/Christopher J. Schwegmann*
Christopher J. Schwegmann
Texas Bar No. 24051315
cschwegmann@lynnllp.com
**LYNN PINKER HURST & SCHWEGMANN, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
214-981-3800 – Telephone
214-981-3839 – Facsimile

**ATTORNEYS FOR DEFENDANT**
**EPIC SYSTEMS CORPORATION**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct foregoing document was served by ECF electronic filing on all known parties on this April 13, 2026.

*/s/Christopher J. Schwegmann*
Christopher J. Schwegmann