# LYNN PINKER HURST SCHWEGMANN

CHRIS SCHWEGMANN
*Partner*

D 214 981 3835
F 214 981 3839
cjs@lynnllp.com

Lynn Pinker Hurst & Schwegmann, LLP
2100 Ross Avenue
Suite 2700
Dallas, Texas 75201
**lynnllp.com**

May 15, 2026

**<u>Via Certified Mail/ECF</u>**
The Honorable Sidney A. Fitzwater
Senior United States District Judge
United States District Court
Northern District of Texas, Dallas Division
Earle Cabell Federal Building
1100 Commerce Street, Room 1358
Dallas, Texas 75242

> Re:   No. 3:26-CV-0770-D ; *Fischman v. Epic Systems Corporation;*
> In the United States District Court of the Northern District
> of Texas – Dallas Division

### NOTICE OF DEFENDANT'S OBJECTION TO INITIAL DISCLOSURES

Dear Judge Fitzwater:

Pursuant to Section III of the Court's April 17, 2026 Order (ECF No. 14), Defendant Epic Systems Corporation respectfully writes to notify the Court that Epic objects, at this time, to the exchange of initial disclosures under Federal Rule of Civil Procedure 26(a)(1). Epic has stated that objection in the parties' Joint Scheduling Proposal filed contemporaneously with this letter.

Epic's objection is set forth in Section III.A of the Joint Scheduling Proposal, which addresses Rule 26(f)(3)(A). For the reasons stated there, Epic respectfully requests that the deadline for exchanging initial disclosures be stayed pending the Court's resolution of Epic's Motion to Dismiss (ECF No. 13), filed April 14, 2026, which seeks dismissal of Plaintiff's First Amended Complaint in its entirety under Federal Rule of Civil Procedure 12(b)(6). In the alternative, Epic proposes that initial disclosures be exchanged within thirty days following entry of any order denying the Motion to Dismiss in whole or in part. Plaintiff opposes Epic's objection, and the parties' respective positions are presented in the Joint Scheduling Proposal.

Epic submits this letter solely to comply with the notification requirement in Section III of the Court's April 17, 2026 Order and does not, by this letter, reargue or supplement the positions set forth in the Joint Scheduling Proposal.

Respectfully submitted,

Christopher J. Schwegmann
Texas State Bar No. 24051315
cschwegmann@lynnllp.com

**ATTORNEY FOR DEFENDANT
EPIC SYSTEMS CORPORATION**

cc:  Gallit Fischman, Pro Se Plaintiff (*via CM/ECF*)