IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GALLIT FISCHMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:26-CV-0770-D |
| VS. | § | |
| | § | |
| EPIC SYSTEMS CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF REFERENCE

In a letter to the court (as required by the court's April 17, 2026 order), defendant objects to the requirement that it make initial disclosures under Fed. R. Civ. P. 26(a)(1) until the court rules on its motion to dismiss (ECF No. 13), filed April 14, 2026. Rule 26(a)(1)(C) states, in relevant part:

> [a] party must make the initial disclosures at or within 14 days after the parties' Rule 26(f) conference . . . unless a party objects during the conference that initial disclosures are not appropriate in this action and states the objection in the proposed discovery plan. In ruling on the objection, the court must determine what disclosures, if any, are to be made and must set the time for disclosure.

Accordingly, pursuant to 28 U.S.C. § 636(b)(1)(A), the court refers to United States Magistrate Judge Rebecca Rutherford for determination defendant's objection to making Rule 26(a)(1) disclosures, the determination of what disclosures—if any—are to be made, and the determination of a time for disclosure. Judge Rutherford may conduct a hearing if she determines

that a hearing is necessary.

**SO ORDERED**.

May 15, 2026.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE