**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **GALLIT FISCHMAN,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Case No. 3:26-CV-0770-D** |
| | § | |
| **EPIC SYSTEMS CORPORATION,** | § | |
| | § | |
| *Defendant.* | § | |
| | § | |
| | § | |

**PROPOSED ORDER GRANTING DEFENDANT EPIC SYSTEMS CORPORATION'S MOTION FOR ENTRY OF A PROTECTIVE ORDER**

Pending before the Court is Defendant Epic Systems Corporation's ("Epic") Motion for Entry of a Protective Order (the "Motion"). Having considered the Motion, the applicable law, and the arguments of counsel, the Court finds that the Motion should be, and hereby is, **GRANTED**.

**IT IS THEREFORE ORDERED** that this Court shall enter, on the date of this Order, Epic's Proposed Protective Order attached as Exhibit A to the Motion.

Signed on this ____ day of ________________, 2026.

______________________________
SIDNEY A. FITZWATER
SENIOR JUDGE