**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| GALLIT FISCHMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 3:26-CV-0770-D |
| | § | |
| v. | § | |
| | § | |
| EPIC SYSTEMS CORPORATION, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER ON PLAINTIFF'S MOTION FOR CASE MANAGEMENT

Before the Court is Plaintiff's Motion for Case Management to Resolve Threshold Issue Affecting the Scope of Discovery. Having considered the Motion, any response, and the record in this case, the Court finds that the Motion should be GRANTED.

It is therefore ORDERED that:

1. Defendant Epic Systems Corporation ("Epic") shall identify in writing who participated in the implementation of the Epic system at UT Southwestern Medical Center ("UTSW") and specifically identify Epic's role. Epic shall provide this information within _____ (___) days of this Order.

2. The threshold implementation question shall be resolved before a protective order is entered, as its resolution may materially change the scope of discovery.

3. Following resolution of the threshold implementation question and entry of any protective order, the parties shall proceed with discovery through the ordinary discovery process.

SO ORDERED.

SIGNED this _____ day of __________________, 2026.

SIDNEY A. FITZWATER

SENIOR UNITED STATES DISTRICT JUDGE