IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GALLIT FISCHMAN, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. |
| EPIC SYSTEMS CORPORATION, | § | 3:26-CV-0770-D |
| Defendant. | § | |

---

**ORDER**

---

Pending before the Court is Defendant Epic Systems Corporation's ("Epic") Motion for Entry of a Protective Order (the "Motion"). Having considered the Motion, Plaintiff's Response in Opposition, the proposed Protective Orders submitted by the parties, the applicable law, and the record, the Court enters the following Order.

IT IS THEREFORE ORDERED that Epic's Motion for Entry of a Protective Order is DENIED to the extent it seeks entry of Epic's Proposed Protective Order.

IT IS FURTHER ORDERED that Plaintiff's Proposed Protective Order, attached as Appendix A to Plaintiff's Response in Opposition, is ENTERED and shall govern discovery in this action.

Signed on this ____ day of _______________, 2026.

_______________________________

SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE