IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GALLIT FISCHMAN, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. |
| EPIC SYSTEMS CORPORATION, | § | 3:26-CV-0770-D |
| Defendant. | § | |

**PLAINTIFF'S NOTICE OF SUBSEQUENT DOCKET DEVELOPMENT RELEVANT TO EPIC'S SECOND MOTION TO DISMISS (ECF NO. 33)**

Plaintiff Gallit Fischman files this Notice to advise the Court of a subsequent filing by Defendant Epic Systems Corporation relevant to Epic's challenge to Plaintiff's gross-negligence claim.

Plaintiff's Second Amended Complaint alleges that Epic acted through corporate officers and high-level executives entrusted with management of relevant departments or divisions whose identities and responsibilities remained within Epic's exclusive knowledge and control. Epic challenged Plaintiff's gross-negligence claim for failing to identify a specific vice principal by name, an issue Plaintiff addressed in opposing dismissal.

After briefing on Epic's Motion to Dismiss was complete, Epic filed the sworn Declaration of Brett Rehm in support of its Motion for Entry of a Protective Order, ECF No. 41. Rehm states:

"I am the Senior Vice President, Technical Services at Epic. In this role, I lead a division of technical services engineers ('TS') who serve as the main point of support contact for customers after go-live."

Texas law recognizes corporate officers and persons entrusted with management of a department or division as corporate vice principals. *Mobil Oil Corp. v. Ellender*, 968 S.W.2d 917 (Tex. 1998); *Hammerly Oaks, Inc. v. Edwards*, 958 S.W.2d 387 (Tex. 1997).

Epic's subsequent filing therefore identifies a specific senior corporate officer who states under oath that he leads an Epic division. Plaintiff identifies Brett Rehm, Senior Vice President of Technical Services, as a potential Epic vice principal relevant to the allegations already pleaded and submits this subsequent docket development for the Court's consideration in resolving Epic's pending Motion to Dismiss.

Respectfully submitted,

Date: September 29, 2026

/s/ Gallit Fischman

**GALLIT FISCHMAN, Pro Se**
10114 Deermont Trail
Dallas, TX 75243
(214) 893-6720
gallitfischman@yahoo.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served on all counsel of record through the Court's CM/ECF system, or by other means authorized by the Federal Rules of Civil Procedure, on September 29, 2026.

/s/ Gallit Fischman

**GALLIT FISCHMAN, Pro Se**