IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GALLIT FISCHMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:26-CV-0770-D |
| | § | |
| EPIC SYSTEMS CORPORATION, | § | |
| | § | |
| Defendant. | § | |

**(PROPOSED) ORDER**

Before the Court is Plaintiff Gallit Fischman's Unopposed Motion for Leave to File Sur-Reply in Opposition to Defendant Epic Systems Corporation's Motion for Entry of a Protective Order. The Motion is GRANTED.

Plaintiff is granted leave to file the Sur-Reply.

SO ORDERED.

SIGNED this _____ day of __________________, 2026.

SIDNEY A. FITZWATER
SENIOR UNITED STATES DISTRICT JUDGE