IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GALLIT FISCHMAN, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. |
| EPIC SYSTEMS CORPORATION, | § | 3:26-CV-0770-D |
| Defendant. | § | |

**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY PROTECTIVE ORDER**

Before the Court is Plaintiff's Motion to Modify Protective Order. The Motion is GRANTED.

The Court ORDERS as follows:

1. Paragraphs 26–30 shall be consolidated into a single AI provision consistent with Paragraph 12 of the amended protective order in Morgan v. V2X, Inc., preserving confidentiality protections and Paragraph 31.
2. Commercially available enterprise AI platforms may be used under standard contractual safeguards. Requirements concerning deletion, retention, third-party disclosure, and compliance documentation shall be clarified accordingly.
3. Defendant shall identify accessible, affordable AI platforms that comply with the Protective Order. Once compliance is established, their continued use shall not require repeated consultation or approval.
4. Alternatively, any challenged requirements found unnecessary or unduly burdensome shall be removed, narrowed, or clarified.

This Order does not alter Defendant's November 23, 2026 discovery-production deadline.

SO ORDERED.

SIGNED this _____ day of __________, 2026.

SIDNEY A. FITZWATER
SENIOR UNITED STATES DISTRICT JUDGE