IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GALLIT FISCHMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:26-CV-0770-D |
| VS. | § | |
| | § | |
| EPIC SYSTEMS CORPORATION, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Plaintiff's November 10, 2026 request for expedited consideration of her motion to modify protective order is denied.

**SO ORDERED**.

November 12, 2026.

Sidney A. Fitzwater

SIDNEY A. FITZWATER
SENIOR JUDGE